**LITTLER MENDELSON**
A Professional Corporation
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, Pa 19102
267-402-3000
Attorneys for Defendant
Gerdau Ameristeel Corp.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHARLES MURRAY, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br><br>vs.<br><br>GERDAU AMERISTEEL CORP. and JOHN DOES 1-10,<br><br>             Defendants. | Civil Action No.:<br>3:11-cv-00647 (FLW)(LHG)<br><br>**NOTICE OF MOTION**<br><br>**(VIA ECF)**<br><br>**RETURNABLE JUNE 6, 2011** |

TO:  Justin L. Swidler, Esquire
     Swartz Swidler, LLC
     1878 Marlton Pike East, Suite 10
     Cherry Hill, New Jersey 08003

       PLEASE TAKE NOTICE that on June 6, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Gerdau Ameristeel Corp. will move before this Court for the entry of an order, in the form attached hereto, dismissing the class action allegations from the Complaint of Plaintiff Charles Murray under Fed. R. Civ. P. 12(b)(6) and (f).

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion,

Defendant will rely upon Gerdau's Brief in Support of Motion to Dismiss or, in the

Alternative, Strike Portions of the Complaint.

Respectfully submitted,

/s/  Michele H. Malloy
Michele H. Malloy
Littler Mendelson, P.C.
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19102
267.402.3000

mmalloy@littler.com

Attorney for Defendant
Gerdau Ameristeel Corp.

Dated:  April 25, 2011

**LITTLER MENDELSON**
A Professional Corporation
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, Pa 19102
267-402-3000
Attorneys for Defendant
Gerdau Ameristeel Corp.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHARLES MURRAY, on behalf of himself and all others similarly situated, | Civil Action No.: 3:11-cv-00647 (FLW)(LHG) |
| Plaintiff, | |
| vs. | **(VIA ECF)** |
| GERDAU AMERISTEEL CORP. and JOHN DOES 1-10, | |
| Defendants. | |

**PROPOSED ORDER**

AND NOW, this ____ day of ____, 2011, upon consideration of Defendant's Motion to Dismiss, or in the Alternative Strike Class Action Allegations, and Plaintiff's opposition thereto, it is ORDERED that Defendant's Motion is GRANTED.  All references to a class action in the Complaint are dismissed, with prejudice.

BY THE COURT:

_____
Hon. Freda L. Wolfson

## CERTIFICATE OF SERVICE

I, Michele H. Malloy, hereby certify that I caused a true and correct copy of

Defendant's Notice of Motion, Brief in Support of Motion to Dismiss or, in the

Alternative, Strike Portions of the Complaint and Proposed Order, via electronic filing on

April 25, 2011, upon the following:


Justin L. Swidler, Esquire
Swartz Swidler, LLC
1878 Marlton Pike East, Suite 10
Cherry Hill, New Jersey 08003


/s/  Michele H. Malloy

April  25, 2011