
ATTORNEYS AT LAW

1878 Marlton Pike East
Society Hill Office Park, Suite 10
Cherry Hill, NJ 08003
Tel: (856) 685-7420
Fax: (856) 685-7417
jswidler@swartz-legal.com

March 22, 2013

**VIA ELECTRONIC MAIL & ECF**
The Honorable Lois H. Goodman, USMJ
402 E. State St. Rm 7050
Trenton, NJ 08608

      RE:    **Charles Murray, et al. v. Gerdau Ameristeel Corp., et al.**
                **Docket No. 11-647**

Dear Judge Goodman:

      As Your Honor is aware, this Firm represents Plaintiffs in the above-referenced matter. On March 1, with the assistance of Your Honor, the Parties reached a preliminary settlement which is to be sent to the Court for Your Honor's approval. The scheduling order entered by this Court provides that the joint motion should be filed one week from today, and the preliminary settlement approval and class certification hearing will be held on April 9.

      Plaintiffs *require* certain information from Defendant to complete this process. The information required is extremely basic – the most recent hourly rates of class members and their hire/separation dates. The data which Plaintiffs need was requested *prior to* the March 1 settlement conference, and has been repeatedly requested since then – both in writing and in voicemails left to defense counsel. Nevertheless, as of today, Defendant has not provided same, and Defendant has been completely out of contact this week despite numerous written requests and phone calls being made by Plaintiffs' counsel to Defendant's counsel.

      Plaintiffs accordingly seek this Court hold a telephone conference *urgently* as Plaintiffs are very concerned they will be unable to meet the deadlines set by the Court if Defendant does not provide the required data imminently. Further, the dates provided by this Court attempting to expediently resolve this matter is one of the most important factors in obtaining a significant number of class members' ultimate agreement to the settlement. Hence, if Defendant does not provide the data imminently, the entire settlement could be placed in jeopardy.

      Accordingly, Plaintiffs request a brief and urgent telephone call with Your Honor to ensure that Defendant will comply with its obligations. Plaintiffs thank the Court for its consideration to this matter.


ATTORNEYS AT LAW

           Respectfully Submitted,

           */s/ Justin L. Swidler*
           Justin L. Swidler, Esq.
           **SWARTZ SWIDLER, LLC**
           1878 Marlton Pike East, Ste. 10
           Cherry Hill, NJ 08003
           Phone: (856) 685-7420
           Fax: (856) 685-7417

CC:    Holly Rich (by ECF)

        Gavin Appleby (by electronic mail)