## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CHARLES MURRAY, *et al.* on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

GERDAU AMERISTEEL CORP. and JOHN DOES 1-10,

Defendants.

Civil Action No.:
3:11-cv-00647 (FLW)(LHG)

**ORDER**

AND NOW, on this 23rd day of August, 2013, upon consideration of the Plaintiffs' Motion for Final Approval of Collective and Class Settlement, for approval of attorney's fees and costs, and for approval of service payments to Named Plaintiffs, and upon consideration of arguments provided by counsel and collective and class members who appeared during the in-person Class Settlement Approval Hearing held on August 22, 2013, for the reasons as stated on the record, IT IS:

1. ORDERED that the Joint Settlement and Release Agreement ("Settlement Agreement") (Doc. No. 417-1) is given final approval by this Court; Defendants and all class members and FLSA collective action members who have not opted out to the Settlement are bound by the Settlement Agreement;

2. ORDERED that Class Counsel's fee application for reasonable costs and fees in the amount of $922,500 is approved;

3. ORDERED that Named Plaintiff Charles Murray's application for a $10,000 service payment for his services to the class is approved;

4. ORDERED that Named Plaintiff Mark Zimmerman's application for a $5,000 service

payment for his services to the class is approved;

5. ORDERED that Named Plaintiff Andrew Little's application for a $5,000 service payment for his services to the class is approved; and

6. ORDERED that this case shall be marked CLOSED by the Clerk and shall be dismissed with prejudice.

BY THE COURT:

_____

The Honorable Lois H. Goodman, USMJ

Dated: August 23, 2013